

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 09 CR 1030-1 |
| ) | |
| RAHSHONE BURNETT ) | JUDGE WILLIAM J. HIBBLER |
| ) | |
| Defendant ) | |

## MEMORANDUM OPINION AND ORDER

Defendant, Burnett, has filed a motion to sever his trial from that of co-defendant, Anthony Guerra. In the alternative Burnett seeks to exclude Guerra's statements from any joint trial.

After reviewing the briefs of the parties, the applicable law and the statements with redactions proposed by the government, the Court finds that with proper jury instructions the redacted statements can be properly admitted in a joint trial without prejudice to defendant Burnett.

The preference is always to try jointly indicted persons in a single trial if that can be done without prejudice to any defendant. The conservation of judicial resources, the financial savings and the convenience of witnesses all weigh in favor of a joint trial. These concerns, however, do not weigh as heavily as the need to protect the defendant who made no statement from any prejudicial affect from the statements of a co-defendant.

In this case there were several individuals alleged to be a part of this conspiracy to possess and distribute heroin. The redacted statements use generic terms to replace any reference to defendant Burnett. Those terms could apply to any of the other members of the conspiracy. Although the defendant has suggested severe prejudice to himself if tried jointly with Guerra, the Court is unpersuaded.

The jury is both expected to and required to follow the Court's instructions. Those instructions limit the use of the co-defendant's statements to him. The Court finds that the sanitized contents of the statements when combined with the instructions are sufficient to ensure that defendant Burnett is properly safeguarded from any improper prejudicial effect flowing from a joint trial with Guerra.

Therefore, Burnett's motion for a severance or to exclude Guerra's statements from a joint trial is denied.

IT IS SO ORDERED.

DATED: 6/23/11

WILLIAM J. HIBBLER, District Judge